

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

April 5, 2019

U.S. Magistrate Judge Joel Schneider
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re:** *Breeze, Jr. v. Sonia Hospitality Corporation,* **Case No. 1:19-cv-00125-RBK-JS**

Dear Magistrate Judge Schneider:

Please be advised that this office represents the Plaintiff Byron Breeze, Jr. ("Plaintiff") in connection with the above-referenced action. We are pleased to inform Your Honor that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that is intended to be reviewed by the parties for execution. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences for sixty (60) days so that the parties can finalize the settlement agreement.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc: James P. Grimley, Esq. (*via CM/ECF*)