UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
BYRON BREEZE, JR.,
*on behalf of himself and all others
similarly situated,*

        Plaintiff,

   v.

SONIA HOSPITALITY CORPORATION,
*a New Jersey corporation,*

        Defendant.
-----------------------------------------------------------X

CASE NO.:  1:19-cv-125-RBK-JS

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act because the website is not fully accessible to disabled individuals insofar as, among other things, it is not possible to make an online reservation for an accessible room and its website does not identify the available accommodations at defendant's hotel; and

WHEREAS, defendant is committed to continued compliance with the Americans with Disabilities Act, and will make all changes to address the alleged issues pursuant to an agreement with the plaintiff, and the parties are amicably resolving this litigation on that basis.

59427v4

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       June 24, 2019

BASHIAN & PAPANTONIOU, P.C.

By: _____
    Erik M. Bashian
    *Attorneys for Plaintiff*
    500 Old Country Road, Suite 302
    Garden City, New York 11530
    (516) 279-1553
    eb@bashpaplaw.com

GRIMLEY LAW

By: _____
    James P. Grimley, Esq.
    *Attorneys for Defendant*
    22 North Shore Road
    Absecon, NJ 08201
    (609) 241-8970
    jim@grim-law.com

SO ORDERED:

_____
          U.S.D.J.

59427v4